IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ALOYSIUS THADDEUS HENRY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv324-T |
| ) | (WO) |
| **D.T. MARSHALL, etc.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 16) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 10) is adopted.

(3) Plaintiff's claims against the individual defendants are dismissed with prejudice pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i), (ii), and (iii).

    (4) Plaintiff's challenges to the criminal charges pending against him in state court and his confinement pursuant to these charges are dismissed without prejudice pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(ii).

    (5) This case is dismissed in its entirety prior to service of process pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i), (ii), and (iii).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of May, 2005.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE